MICHAEL BAILEY
United States Attorney
District of Arizona
REBECCA J. SABLE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rebecca.sable@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2020 NOV 18 P 4:39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02590 TUC-JCH(LAB)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, v. | VIOLATIONS |
| Ignacio Valle-Diaz, (Count 1) | 8 U.S.C. § 1324(a)(1)(A)(v)(I) 8 U.S.C. § 1324(a)(1)(A)(ii) 8 U.S.C. § 1324(a)(1)(B)(i) (Conspiracy to Transport Illegal Aliens for Profit) **Counts 1** |
| Carlos Paez-Cortes, (Counts 1-3) Defendants. | 8 U.S.C. § 1324(a)(1)(A)(ii) 8 U.S.C. § 1324(a)(1)(B)(i) (Transportation of Illegal Aliens for Profit) **Counts 2-3** Under Seal |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From on or about January 8, 2018 to on or about April 29, 2019, in the District of Arizona, defendants, CARLOS PAEZ-CORTES and IGNACIO VALLE-DIAZ did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move Eric Vargas-Gomez, an illegal alien, within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections

1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about February 24, 2018, in the District of Arizona, defendant, CARLOS PAEZ-CORTES, knowing and in reckless disregard of the fact that an alien, Jose Pedro Vergara-Covarrubias, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 3

On or about March 3, 2019, in the District of Arizona, defendant, PAEZ-CORTES knowing and in reckless disregard of the fact that an alien, C. d. J. M.-H., had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8,

United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: November 18, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /

REBECCA J. SABLE
Assistant U.S. Attorney